UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

**FILED**

2009 AP 29 PM 2:05

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY:_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Cause No.: <br><br> **INDICTMENT** <br><br> [Counts One, Two, and Three – Vio: 18 U.S.C. §922(g)(1) & 924(a)(2): Possession of a Firearm by a Convicted Felon]. |
| v. | | |
| FRANKLIN L. SHERREN III | | |

THE GRAND JURY CHARGES:

# DR09CR0521

### COUNT ONE
[18 U.S.C. §922(g)(1) & §924(a)(2)]

Between on or about February 1, 2009 and on or about February 14, 2009, in the Western District of Texas, Defendant,

FRANKLIN L. SHERREN III,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Western District of Texas, Del Rio Division, on February 12, 2007, did knowingly possess in and affecting commerce a firearm, namely a Trejo .380 caliber pistol; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO
[18 U.S.C. §922(g)(1) & §924(a)(2)]

On or about March 13, 2009, in the Western District of Texas, Defendant,

FRANKLIN L. SHERREN III,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Western District of Texas, Del Rio Division, on February 12, 2007, did knowingly possess in and

affecting commerce ammunition, namely twenty-one (21) rounds of Corbon .45 caliber ammunition;

in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT THREE
[18 U.S.C. §922(g)(1) & §924(a)(2)]

On or about March 13, 2009, in the Western District of Texas, Defendant,

FRANKLIN L. SHERREN III,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the

Western District of Texas, Del Rio Division, on February 12, 2007, did knowingly possess in and

affecting commerce ammunition, namely fourteen (14) rounds of 3-D .380 caliber ammunition; in

violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

JOHN E. MURPHY
Acting United States Attorney

By: _____
ROBERT J. BRADY, JR.
Assistant United States Attorney

SEALED:

UNSEALED: XX

DP09CR0521

# PERSONAL DATA SHEET

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## DEL RIO DIVISION

COUNTY: Val Verde                                   USAO #: 2009R07130

DATE: April 29, 2009                                MAG. CT. #: MATTER

AUSA: Robert J. Brady, Jr.

DEFENDANT: FRANKLIN L. SHERREN III

DATE OF BIRTH: 10/30/1969

ADDRESS:

CITIZENSHIP: United States

INTERPRETER NEEDED: No        Language:

DEFENSE ATTORNEY: Richard Gutierrez

ADDRESS OF ATTORNEY: 113 E. Losoya, Del Rio, Texas 78840

DEFENDANT IS: DETAINED       DATE OF ARREST:

BENCH WARRANT NEEDED: Yes

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT.

OFFENSE: (Code & Description)COUNTS 1-3: 18 U.S.C. §922(g)(1) & 924(a)(2): Possession of a Firearm by a Convicted Felon.

OFFENSE IS A: FELONY.

MAXIMUM SENTENCE: Each count - 10 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY:        Yes XX    No XX

REMARKS: See above                      WDTX-Cr-3